**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Thor V. Chytil and<br>Rachael K. Chytil,<br><br>            Debtors. | Bankruptcy No. 15-23244-GLT<br><br>Chapter 13<br><br>Related to Doc. No. 61 |

### CERTIFICATE OF SERVICE OF ORDER TO STOP PAYROLL DEDUCTIONS

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 24th day of October, 2020, I served a copy of the above captioned documents and/or pleadings on the respondent(s) at the addresses specified below.

The type(s) of service made on the parties (first class, electronic notification, hand delivery, or another type of service) was via **first class mail and/or electronic notification**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

*Service by First Class Mail:*

UPMC
ATTN: Payroll Department
200 Lothrop Street
Pittsburgh, PA 15213

*Service by Electronic Notification:*

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Executed On: 10/24/2020

By: */s/ Eugene D. Frank*
Eugene D. Frank
*Attorney for Debtors*
3202 McKnight East Drive
Pittsburgh, PA  15237
(412) 366-4276
PA I.D. # 89862