**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/23/20 1:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  THOR V. CHYTIL
  RACHAEL K. CHYTIL
        Debtor(s)
  Ronda J. Winnecour, Trustee
    Movant
      vs.
  THOR V. CHYTIL
  RACHAEL K. CHYTIL

      Respondents

Case No. 15-23244GLT

Chapter 13

Document No. __58__

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __23rd__ day of __October__, 20__20__ it is hereby ORDERED, ADJUDGED, and DECREED that,

Upmc
Attn: Payroll Manager
200 Lothrop St
Pittsburgh, PA 15213

is hereby ordered to immediately terminate the attachment of the wages of RACHAEL K. CHYTIL, social security number XXX-XX-8932. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of RACHAEL K. CHYTIL.

BY THE COURT:

cc: Debtor(s)

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 15-23244-GLT
Thor V. Chytil | Chapter 13
Rachael K. Chytil |
    Debtor(s) |

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy    Page 1 of 2
Date Rcvd: Oct 23, 2020    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**

**Recip ID        Recipient Name and Address**
db/jdb         +  Thor V. Chytil, Rachael K. Chytil, 1209 Tweed Street, Pittsburgh, PA 15204-1633

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**
jdb           *+              Rachael K. Chytil, 1209 Tweed Street, Pittsburgh, PA 15204-1633

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 25, 2020        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2020 at the address(es) listed below:

**Name                Email Address**

Andrew F Gornall
            on behalf of Creditor Quicken Loans Inc. andygornall@latouflawfirm.com

Brian Nicholas
            on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com

Eugene D. Frank
            on behalf of Joint Debtor Rachael K. Chytil efrank.esq@comcast.net

Eugene D. Frank
            on behalf of Debtor Thor V. Chytil efrank.esq@comcast.net

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 2 of 2 |
| Date Rcvd: Oct 23, 2020 | Form ID: pdf900 | Total Noticed: 1 |

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water & Sewers Authority jhunt@grblaw.com  cnoroski@grblaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

TOTAL: 9