FILED
10/26/20 1:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 15-23244-GLT |
| Thor V. Chytil | ) | Chapter 13 |
| Rachael K. Chytil | ) | |
| Debtor(s) | ) | Doc # 53 and 59 |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| vs. | ) | |
| Thor V. Chytil | ) | |
| Rachael K. Chytil | ) | |
| Respondent(s) | ) | |

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on September 23, 2020 (document #53) is hereby WITHDRAWN.  The hearing scheduled for October 28, 2020 is cancelled.

Respectfully submitted

10/23/2020

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED this 26th day of October 2020

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23244-GLT |
| Thor V. Chytil | Chapter 13 |
| Rachael K. Chytil | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 2 |
| Date Rcvd: Oct 26, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2020:**

**Recip ID              Recipient Name and Address**
db/jdb                 +  Thor V. Chytil, Rachael K. Chytil, 1209 Tweed Street, Pittsburgh, PA 15204-1633

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID      Bypass Reason  Name and Address**
jdb              *+                 Rachael K. Chytil, 1209 Tweed Street, Pittsburgh, PA 15204-1633

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2020                   Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:

**Name                        Email Address**

Andrew F Gornall
                             on behalf of Creditor Quicken Loans Inc. andygornall@latouflawfirm.com

Brian Nicholas
                             on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com

Eugene D. Frank
                             on behalf of Joint Debtor Rachael K. Chytil efrank.esq@comcast.net

Eugene D. Frank
                             on behalf of Debtor Thor V. Chytil efrank.esq@comcast.net

District/off: 0315-2                           User: culy                                    Page 2 of 2
Date Rcvd: Oct 26, 2020                        Form ID: pdf900                               Total Noticed: 1

Jeffrey R. Hunt
                    on behalf of Creditor Pittsburgh Water & Sewers Authority jhunt@grblaw.com  cnoroski@grblaw.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
                    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
                    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

S. James Wallace
                    on behalf of Creditor Peoples Natural Gas Company  LLC sjw@sjwpgh.com,
                    Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com


TOTAL: 9