## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Thor V. Chytil and<br>Rachael K. Chytil,<br><br>　　　　　　Debtors.<br><br>Thor V. Chytil and<br>Rachael K. Chytil,<br><br>　　　　　　Movants,<br><br>　　　　v.<br><br>No Respondent(s),<br><br>　　　　　　Respondent. | Bankruptcy No. 15-23244-GLT<br><br>Chapter 13 |

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are/were not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On March 18, 2017, at docket numbers 44 and 45, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by the Undersigned Counsel having duly questioned the Debtors about the statements in this Certification and verified the answers in support of this Certification.

DATED: 11/02/2020　　　　　　　　　　　By: */s/ Eugene D. Frank*
　　　　　　　　　　　　　　　　　　　　Eugene D. Frank, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney for Debtors/Movants
　　　　　　　　　　　　　　　　　　　　3202 McKnight East Drive
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15237
　　　　　　　　　　　　　　　　　　　　(412) 366-4276
　　　　　　　　　　　　　　　　　　　　efrank@edf-law.com
　　　　　　　　　　　　　　　　　　　　PA I.D. # 89862