Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Thor V. Chytil** | : | Case No. 15−23244−GLT |
| **aka Thor Chytil** | : | Chapter: 13 |
| **Rachael K. Chytil** | : | |
| **aka Rachael Chytil** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | Related to Document No. 71 |
| *Movant(s),* | : | |
| | : | Hearing Date: 2/10/21 at 11:00 AM |
| v. | : | |
| **No Respondents** | : | |
| *Respondent(s).* | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

     *AND NOW,* this *The 25th of November, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 71 by the Chapter 13 Trustee,

     It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

     (1)  *On or before January 11, 2021*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on *February 10, 2021 at 11:00 AM* in Zoom location, https://www.zoomgov.com/j/, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

                                               Gregory L. Taddonio, Judge
                                               United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23244-GLT |
| Thor V. Chytil | Chapter 13 |
| Rachael K. Chytil | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 3 |
| Date Rcvd: Nov 25, 2020 | Form ID: 604 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thor V. Chytil, Rachael K. Chytil, 1209 Tweed Street, Pittsburgh, PA 15204-1633 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| cr | + | Pittsburgh Water & Sewers Authority, 1200 Penn Avenue, Ste 100, Pittsburgh, PA 15222-4216 |
| 14102640 | + | Chase Auto, PO Box 901003, Fort Worth, TX 76101-2003 |
| 14102641 | | Chase/Subaru Motors Finance, PO Box 901037, Fort Worth, TX 76101-2037 |
| 14102642 | | Citi, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14102643 | + | Citi, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 14102645 | + | Cristina L. Connor, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14129545 | | ECAST SETTLEMENT CORPORATION, ASSIGNEE, OF CITIBANK, N.A., POB 29262, NEW YORK, NY 10087-9262 |
| 14102648 | | HSBC - Best Buy, Retail Services, PO Box 5893, Carol Stream, IL 60197-5893 |
| 14102647 | + | Heritage Valley Health System, 720 Blackburn Road, Sewickley, PA 15143-1459 |
| 14149855 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14172861 | + | Peoples Natural Gas Company LLC Equitable Division, 225 North Shore Drive, Pittsburgh, PA 15212-5860, Attn: Dawn Lindner |
| 14159843 | + | Pittsburgh Water & Sewer Authority, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14102654 | + | Premier Women's Health, LTD, 301 Ohio River Blvd., Suite 301, Sewickley, PA 15143-1300 |
| 14102657 | + | Sewickley Pathologists, PO Box 105, Allison Park, PA 15101-0105 |
| 14102661 | | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 14102660 | | UPMC Physician Services, 417 Bridge Street, Danville, VA 24541-1403 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14102637 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 26 2020 03:33:52 | Capital One, PO Box 5253, Carol Stream, IL 60197-5253 |
| 14102638 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 26 2020 03:33:52 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14102636 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 26 2020 03:35:36 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14102635 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 26 2020 03:35:35 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14102639 | | Email/Text: bk.notifications@jpmchase.com | Nov 26 2020 03:43:00 | Chase, PO Box 901076, Fort Worth, TX 76101-2076 |
| 14102644 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 26 2020 03:45:00 | Credit Collection Services, Two Wells Avenue, Newton Center, MA 02459-3246 |
| 14154283 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 26 2020 03:45:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14102646 | | Email/Text: GCSBankruptcy@gcserv.com | Nov 26 2020 03:28:00 | GC Services LP, 6330 Gulfton, Houston, TX 77081 |
| 14131626 | | Email/Text: bk.notifications@jpmchase.com | Nov 26 2020 03:43:00 | JPMorgan Chase Bank N.A., National Bankruptcy |

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 25, 2020 | Form ID: 604 | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| | | | | Department, P.O.Box 29505 AZ1-1191, Phoenix , AZ 85038-9505 |
| 14102649 | | Email/Text: rcpsbankruptcynotices@parallon.com | Nov 26 2020 03:45:00 | MediCredit, Inc., PO Box 1629, Maryland Heights, MO 63043-0629 |
| 14102650 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2020 03:43:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14102651 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2020 03:43:00 | Midland Funding LLC, 8875 Aero Dr., Suite 200, San Diego, CA 92123-2255 |
| 14102652 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2020 03:43:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14102653 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 26 2020 03:35:21 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14127277 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 26 2020 03:35:22 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14102656 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 26 2020 03:44:00 | Quicken Loans, Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14102655 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 26 2020 03:44:00 | Quicken Loans, Inc., 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 14102658 | | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2020 03:33:27 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14102659 | | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2020 03:33:27 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Quicken Loans Inc. |
| 14113469 | *+ | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2020        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2020 at the address(es) listed below:

**Name**              **Email Address**

Andrew F Gornall

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 3 of 3 |
| Date Rcvd: Nov 25, 2020 | Form ID: 604 | Total Noticed: 37 |

on behalf of Creditor Quicken Loans Inc. andygornall@latouflawfirm.com

Brian Nicholas
    on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com

Eugene D. Frank
    on behalf of Debtor Thor V. Chytil efrank.esq@comcast.net

Eugene D. Frank
    on behalf of Joint Debtor Rachael K. Chytil efrank.esq@comcast.net

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water & Sewers Authority jhunt@grblaw.com cnoroski@grblaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

TOTAL: 9