**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>THOR V. CHYTIL<br>RACHAEL K. CHYTIL<br>   Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>       Movant<br>         vs.<br>No Respondents. | Case No.:15-23244<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

November 24, 2020

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 09/04/2015 and confirmed on 10/26/15. The case was subsequently      Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 87,304.26 |
| Less Refunds to Debtor | 1,295.02 | |
| TOTAL AMOUNT OF PLAN FUND | | 86,009.24 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 3,943.63 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,943.63 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAI<br>    Acct: 0791 | 0.00 | 52,704.64 | 0.00 | 52,704.64 |
|   QUICKEN LOANS LLC FKA QUICKEN LOAI<br>    Acct: 0791 | 17,368.81 | 17,368.81 | 0.00 | 17,368.81 |
|   PITTSBURGH WATER & SEWER AUTHOR<br>    Acct: 2N18 | 0.00 | 0.00 | 0.00 | 0.00 |
|   JPMORGAN CHASE BANK NA<br>    Acct: 4001 | 8,043.53 | 8,043.53 | 398.63 | 8,442.16 |
| | | | | 78,515.61 |
| **Priority** | | | | |
|   EUGENE D FRANK ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   THOR V. CHYTIL<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   THOR V. CHYTIL<br>    Acct: | 330.25 | 330.25 | 0.00 | 0.00 |
|   THOR V. CHYTIL<br>    Acct: | 964.77 | 964.77 | 0.00 | 0.00 |
|   LAW OFFICES OF EUGENE D FRANK<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   EUGENE D FRANK ESQ<br>    Acct: | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|   QUICKEN LOANS LLC FKA QUICKEN LOAI<br>    Acct: 0791 | 350.00 | 350.00 | 0.00 | 350.00 |
|   QUICKEN LOANS LLC FKA QUICKEN LOAI<br>    Acct: 0791 | 200.00 | 200.00 | 0.00 | 200.00 |
| | | | | 550.00 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY*<br>    Acct: 8932 | 91.63 | 0.00 | 0.00 | 0.00 |
|   CHASE AUTO FINANCE(*)<br>    Acct: 1653 | 0.00 | 0.00 | 0.00 | 0.00 |
|   ECAST SETTLEMENT CORP | 1,204.04 | 0.00 | 0.00 | 0.00 |

15-23244                                                                                                           Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 1126 | | | | |
| | CREDIT COLLECTION SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2119 | | | | |
| | HERITAGE VALLEY HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9337 | | | | |
| | MIDLAND FUNDING LLC | 547.06 | 0.00 | 0.00 | 0.00 |
| | Acct: 2467 | | | | |
| | MIDLAND FUNDING LLC | 1,895.95 | 0.00 | 0.00 | 0.00 |
| | Acct: 0816 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - ⁄ | 886.26 | 0.00 | 0.00 | 0.00 |
| | Acct: 5996 | | | | |
| | PREMIER WOMENS HEALTH LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5986 | | | | |
| | SEWICKLEY PATHOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2001 | | | | |
| | UPMC PHYSICIAN SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0007 | | | | |
| | PEOPLES NATURAL GAS CO LLC - EQUIT | 253.75 | 0.00 | 0.00 | 0.00 |
| | Acct: 0329 | | | | |
| | S JAMES WALLACE ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                         79,065.61

TOTAL CLAIMED
PRIORITY              550.00
SECURED            25,412.34
UNSECURED          4,878.69


Date: 11/24/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    THOR V. CHYTIL
    RACHAEL K. CHYTIL
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-23244

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Thor V. Chytil  
Rachael K. Chytil  
    Debtor(s)

Case No. 15-23244-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel      Page 1 of 3  
Date Rcvd: Nov 25, 2020      Form ID: pdf900      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thor V. Chytil, Rachael K. Chytil, 1209 Tweed Street, Pittsburgh, PA 15204-1633 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| cr | + | Pittsburgh Water & Sewers Authority, 1200 Penn Avenue, Ste 100, Pittsburgh, PA 15222-4216 |
| 14102640 | + | Chase Auto, PO Box 901003, Fort Worth, TX 76101-2003 |
| 14102641 | | Chase/Subaru Motors Finance, PO Box 901037, Fort Worth, TX 76101-2037 |
| 14102642 | | Citi, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14102643 | + | Citi, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 14102645 | + | Cristina L. Connor, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14129545 | | ECAST SETTLEMENT CORPORATION, ASSIGNEE, OF CITIBANK, N.A., POB 29262, NEW YORK, NY 10087-9262 |
| 14102648 | | HSBC - Best Buy, Retail Services, PO Box 5893, Carol Stream, IL 60197-5893 |
| 14102647 | + | Heritage Valley Health System, 720 Blackburn Road, Sewickley, PA 15143-1459 |
| 14149855 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14172861 | + | Peoples Natural Gas Company LLC Equitable Division, 225 North Shore Drive, Pittsburgh, PA 15212-5860, Attn: Dawn Lindner |
| 14159843 | + | Pittsburgh Water & Sewer Authority, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14102654 | + | Premier Women's Health, LTD, 301 Ohio River Blvd., Suite 301, Sewickley, PA 15143-1300 |
| 14102657 | + | Sewickley Pathologists, PO Box 105, Allison Park, PA 15101-0105 |
| 14102661 | | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 14102660 | | UPMC Physician Services, 417 Bridge Street, Danville, VA 24541-1403 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14102637 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 26 2020 03:35:35 | Capital One, PO Box 5253, Carol Stream, IL 60197-5253 |
| 14102638 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 26 2020 03:37:48 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14102636 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 26 2020 03:33:52 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14102635 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 26 2020 03:35:36 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14102639 | | Email/Text: bk.notifications@jpmchase.com | Nov 26 2020 03:43:00 | Chase, PO Box 901076, Fort Worth, TX 76101-2076 |
| 14102644 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 26 2020 03:45:00 | Credit Collection Services, Two Wells Avenue, Newton Center, MA 02459-3246 |
| 14154283 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 26 2020 03:45:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14102646 | | Email/Text: GCSBankruptcy@gcserv.com | Nov 26 2020 03:28:00 | GC Services LP, 6330 Gulfton, Houston, TX 77081 |
| 14131626 | | Email/Text: bk.notifications@jpmchase.com | Nov 26 2020 03:43:00 | JPMorgan Chase Bank N.A., National Bankruptcy |

Case 15-23244-GLT    Doc 74    Filed 11/27/20    Entered 11/28/20 00:36:48    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 25, 2020 | Form ID: pdf900 | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| | | | | Department, P.O.Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14102649 | | Email/Text: rcpsbankruptcynotices@parallon.com | Nov 26 2020 03:45:00 | MediCredit, Inc., PO Box 1629, Maryland Heights, MO 63043-0629 |
| 14102650 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2020 03:43:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14102651 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2020 03:43:00 | Midland Funding LLC, 8875 Aero Dr., Suite 200, San Diego, CA 92123-2255 |
| 14102652 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2020 03:43:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14102653 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 26 2020 03:35:21 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14127277 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 26 2020 03:35:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14102656 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 26 2020 03:44:00 | Quicken Loans, Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14102655 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 26 2020 03:44:00 | Quicken Loans, Inc., 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 14102658 | | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2020 03:36:51 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14102659 | | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2020 03:33:27 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Quicken Loans Inc. |
| 14113469 | *+ | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2020           Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 3 of 3 |
| Date Rcvd: Nov 25, 2020 | Form ID: pdf900 | Total Noticed: 37 |

       on behalf of Creditor Quicken Loans Inc. andygornall@latouflawfirm.com

Brian Nicholas
       on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com

Eugene D. Frank
       on behalf of Debtor Thor V. Chytil efrank.esq@comcast.net

Eugene D. Frank
       on behalf of Joint Debtor Rachael K. Chytil efrank.esq@comcast.net

Jeffrey R. Hunt
       on behalf of Creditor Pittsburgh Water & Sewers Authority jhunt@grblaw.com  cnoroski@grblaw.com

Office of the United States Trustee
       ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
       on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
       ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
       cmecf@chapter13trusteewdpa.com

S. James Wallace
       on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

TOTAL: 9