**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Thor V. Chytil** | Social Security number or ITIN  xxx–xx–1624 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Rachael K. Chytil** | Social Security number or ITIN  xxx–xx–8932 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **15–23244–GLT**

# Order of Discharge                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thor V. Chytil                                  Rachael K. Chytil
aka Thor Chytil                             aka Rachael Chytil

<u>1/21/21</u>                                              **By the court:**    <u>Gregory L. Taddonio</u>
                                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23244-GLT |
| Thor V. Chytil | Chapter 13 |
| Rachael K. Chytil | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 3 |
| Date Rcvd: Jan 21, 2021 | Form ID: 3180W | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thor V. Chytil, Rachael K. Chytil, 1209 Tweed Street, Pittsburgh, PA 15204-1633 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| cr | + | Pittsburgh Water & Sewers Authority, 1200 Penn Avenue, Ste 100, Pittsburgh, PA 15222-4216 |
| 14102641 | | Chase/Subaru Motors Finance, PO Box 901037, Fort Worth, TX 76101-2037 |
| 14102645 | + | Cristina L. Connor, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14102647 | + | Heritage Valley Health System, 720 Blackburn Road, Sewickley, PA 15143-1459 |
| 14149855 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14172861 | + | Peoples Natural Gas Company LLC Equitable Division, 225 North Shore Drive, Pittsburgh, PA 15212-5860, Attn: Dawn Lindner |
| 14159843 | + | Pittsburgh Water & Sewer Authority, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14102654 | + | Premier Women's Health, LTD, 301 Ohio River Blvd., Suite 301, Sewickley, PA 15143-1300 |
| 14102657 | + | Sewickley Pathologists, PO Box 105, Allison Park, PA 15101-0105 |
| 14102661 | | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 14102660 | | UPMC Physician Services, 417 Bridge Street, Danville, VA 24541-1403 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Jan 22 2021 05:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 22 2021 03:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Jan 22 2021 05:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 22 2021 03:46:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14102637 | + EDI: CAPITALONE.COM | Jan 22 2021 05:53:00 | Capital One, PO Box 5253, Carol Stream, IL 60197-5253 |
| 14102638 | + EDI: CAPITALONE.COM | Jan 22 2021 05:53:00 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14102636 | EDI: CAPITALONE.COM | Jan 22 2021 05:53:00 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14102635 | EDI: CAPITALONE.COM | Jan 22 2021 05:53:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14102639 | EDI: CHASEAUTO | Jan 22 2021 05:53:00 | Chase, PO Box 901076, Fort Worth, TX 76101-2076 |

Case 15-23244-GLT   Doc 79   Filed 01/23/21   Entered 01/24/21 00:39:54   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: culy | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jan 21, 2021 | Form ID: 3180W | Total Noticed: 39 |

| | | | | |
| --- | --- | --- | --- | --- |
| 14102640 | + | EDI: CHASEAUTO | Jan 22 2021 05:53:00 | Chase Auto, PO Box 901003, Fort Worth, TX 76101-2003 |
| 14102643 | + | EDI: CITICORP.COM | Jan 22 2021 05:53:00 | Citi, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 14102642 | | EDI: CITICORP.COM | Jan 22 2021 05:53:00 | Citi, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14102644 | + | EDI: CCS.COM | Jan 22 2021 05:53:00 | Credit Collection Services, Two Wells Avenue, Newton Center, MA 02459-3225 |
| 14154283 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 22 2021 03:47:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14129545 | | EDI: ECAST.COM | Jan 22 2021 05:53:00 | ECAST SETTLEMENT CORPORATION, ASSIGNEE, OF CITIBANK, N.A., POB 29262, NEW YORK, NY 10087-9262 |
| 14102646 | | Email/Text: GCSBankruptcy@gcserv.com | Jan 22 2021 03:46:00 | GC Services LP, 6330 Gulfton, Houston, TX 77081 |
| 14102648 | | EDI: HFC.COM | Jan 22 2021 05:53:00 | HSBC - Best Buy, Retail Services, PO Box 5893, Carol Stream, IL 60197-5893 |
| 14131626 | | EDI: CHASEAUTO | Jan 22 2021 05:53:00 | JPMorgan Chase Bank N.A., National Bankruptcy Department, P.O.Box 29505 AZ1-1191, Phoenix , AZ 85038-9505 |
| 14102649 | | EDI: PARALONMEDCREDT | Jan 22 2021 05:53:00 | MediCredit, Inc., PO Box 1629, Maryland Heights, MO 63043-0629 |
| 14102650 | + | EDI: MID8.COM | Jan 22 2021 05:53:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14102651 | + | EDI: MID8.COM | Jan 22 2021 05:53:00 | Midland Funding LLC, 8875 Aero Dr., Suite 200, San Diego, CA 92123-2255 |
| 14102652 | + | EDI: MID8.COM | Jan 22 2021 05:53:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14102653 | | EDI: PRA.COM | Jan 22 2021 05:53:00 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14127277 | | EDI: PRA.COM | Jan 22 2021 05:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14102656 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 22 2021 03:47:00 | Quicken Loans, Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14102655 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 22 2021 03:47:00 | Quicken Loans, Inc., 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 14102658 | | EDI: RMSC.COM | Jan 22 2021 05:53:00 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14102659 | | EDI: RMSC.COM | Jan 22 2021 05:53:00 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Duquesne Light Company |
| cr | | Quicken Loans Inc. |
| 14113469 | *+ | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

Case 15-23244-GLT    Doc 79    Filed 01/23/21    Entered 01/24/21 00:39:54    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: culy | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 21, 2021 | Form ID: 3180W | Total Noticed: 39 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 23, 2021         Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Quicken Loans Inc. andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Eugene D. Frank | on behalf of Debtor Thor V. Chytil efrank.esq@comcast.net |
| Eugene D. Frank | on behalf of Joint Debtor Rachael K. Chytil efrank.esq@comcast.net |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewers Authority jhunt@grblaw.com cnoroski@grblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com |

TOTAL: 9