Fill in this information to identify the case:

Debtor 1    Rachael K. Chytil aka Rachael Chytil

Debtor 2    Thor V. Chytil aka Thor Chytil

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number    15-23244 GLT

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Quicken Loans Inc.

**Court claim no.** (if known):    1

**Last 4 digits** of any number you use to identify the debtor's account:  0791

**Date of payment change:**
Must be at least 21 days after date of this notice    12/1/19

**New total payment:**    $869.08
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ■ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $305.46          New escrow payment:  $ 304.92

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:    _____%          New interest rate:    _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____       New mortgage payment: $_____

| Debtor(s) | Rachael K. Chytil, and Thor V. Chytil | Case number (*if known*) 15-23244 GLT |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ James C. Warmbrodt       Date  11/4/19
Signature

| Print: | James C. Warmbrodt   ATT ID: 42524 | Title | Attorney for Creditor |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

Company: KML Law Group, P.C.

Address: 701   Market Street, Suite 5000
Number  Street
Philadelphia,                 PA     19106
City                          State   ZIP Code

Contact phone: (215) 627–1322    Email: JWarmbrodt@kmllawgroup.com